UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BIMAL PATHAK,

                            Plaintiff,

— against —

MICHAEL CHERTOFF, et al.,

                            Defendants.
--------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL
No. CV-07-206

(Johnson, J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that this action and all claims arising therefrom are dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own costs, fees, including attorney's fees, and disbursements. The Clerk shall issue a judgment closing this case.

Dated: New York, New York
        December 12/15, 2008

_____
Khagendra Gharti Chhetry, Esq. (    )
Attorney for Plaintiff
363 Seventh Avenue, 17th Floor
Melville, New York 11747
(631) 777-5557

SO ORDERED:
Dated: Brooklyn, New York

    Dec. 18, 2008

Dated: Brooklyn, New York
        December 17, 2008

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York
Attorney for Defendants
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By: _____
Margaret M. Kolbe (MK2942)
Assistant United States Attorney
(718) 254-6039

s/b Judge Johnson
_____
HONORABLE STERLING JOHNSON, JR.
United States District Judge